FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 9, 2024
OFFICE OF THE CLERK

# In the United States District Court
## Western District Of Arkansas
_____ Division

Jaime GlENN Finley 023933

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

OSC  OSC       Sheriff            cuPT    cuPT
W. Smith, B Rosburg, m. mccormick, J.ware, Cosgrove
PEP    CPI    FTC    DEP       sgt    cPI
DiDonn, Jones, mason, canterbury, Gates, Wilcott,
DEP    PCP    sgt    medical turnkey    ClERK
Barnett, Horne, Salasca, Staff, medical INC, H. Dariena
chief   Lt    Chaplin    Lt    Dental turnkey   DEP VJI
S. Elrod, A. mann, Green, Sowell, Staff, medical, C. Dorris H
Kitchen admin mental Health Lt    sgt        Lt Programs
Hundhausen, J. Walter, mc fee, Burgett C, Ansley Supervisor
(Unknown Deputies Et ALs)

*(In the space above enter the full name of each defendant)*

Case No. **6:23-cv-6110**
(To be filled out by Clerk's Office only)

**AMENDED COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

I.  **PLAINTIFF INFORMATION**

JAIME GLENN FINLEY                     Possum
Name (First, Middle, Last)             Aliases

023933 / 47439
Prisoner ID #, if any

Montgomery County  225 fair Grounds Road mt Ida AR 71957
Place of Detention or Incarceration

Page 1 of 11

225 fair GRounds Road
Address (If detained, facility address)

Montgomery county, Mt IDA   AR   71957-8297
County, City                  State         Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☑ Other. Explain.
Pending proBation violation Hearing, Extradition to Saline County Jail on case from 2022.

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:  mike mccormick (Et Al)
Name (Last, First)

SHERIFF of GARLAND county
Current Job Title

525 Ouachita Ave
Current Work Address

GARland county   Hotsprings   AR   71913
County, City                  State         Zip Code

Defendant 2: W. Smith #168 (Et Al) B. Rosburg #366
Name (Last, First)

OFC
Current Job Title

641 MalVERN AVE
Current Work Address

Garland co, Hotsprings AR    71913
County, City    State    Zip Code

Defendant 3: J. Ware (Et Al)
Name (Last, First)

CaPTAIN
Current Job Title

3564 US HWY 270 W / 525 Quachita AVE
Current Work Address

Garland co Hotsprings AR    71913 / 71901
County, City    State    Zip Code

Defendant 4: (Et Al)
turnkey medical, mental Health, Dental, PHysical
Name (Last, First)

dentist, mental HealtH, PHysical Health Staff
Current Job Title

3564 albert Dike RD / US Hwy 270 W
Current Work Address

Garland co Hotsprings AR  71913
County, City    State    Zip Code
1601 CHERRY Street Suite 1800
PHiladelpHIA, PA 19102

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.* ***List each claim separately*** *(e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.* ***You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Hot Springs City Street / Garland Co. Detention Ctr.

Date(s) of occurrence: June 25, 2023 / June 26, 2023

Name of Each Defendant Involved:

Smith W. #168, Rosburg B. #366 (et al) Garland Co deputies. (et al) unknown D.D. officers on site

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Excessive force, Fourth amendment Illegal search & Seizure, false Imprisonment, Community Care taker CRITERA 1973 Cady v. Dombrowski,

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] W Smith #168, B Rosburg #366 (et al) Illegally Breached Verbal Harrassed J.G. Finley Handicapped & Stranded - out of Gas about 2200 hrs Heavy Rain, used excessive force, took Rent money about 600.00 for then store w/ time manuel (due next day) caused added Injury to Left tribial plateau, after being advised of situation & J.G. Finley being Handicapped placed under arrest

**Who did what?**

**How were you injured?**

ReBroke orBital Socket from injury June 2022 Bros Burg Slammed J.G. Finley into side of Box Bed of U Haul truck w/ Smith Drug J.G. Finley once in CUFFS Suffer resuming Left tibial injury. Set physical therapy Back months & months. Lost 250. 300. From point of arrest to money Being credited to account At Jail. After search House Found NO substances intake Deputy planted small Bags of Power substances on person & "Conviently" found during search during Booking. CCTV will show. No further Questions were asked ON investigation only paper work was written Refused on all Questions.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

all police & Deputies are above the Law. I can do No wrong, although corruption Runds Rampant IN Hotsprings & has for years. Diliberate Indifference failure to supervise Negligent entrustment of authority. failure to discipline / Hold accountable

**Claim Number 2:**

Place(s) of occurrence: C Block Garland County Detention Ctr

Date(s) of occurrence: July 15 2023, July 16, 2023

Name of Each Defendant Involved:

Deputy Horne, Fto Mason, Canturbury, Burnett, D.Dunn Sgt Falasca (ETAl) turnkey medical/Dential staff CPl Jones/ M. Mccormick, J. Ware, Cosgrove (ETAl)

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Excessive force, failure to protect, denial of medical care, dential care, Deliberate Indifference Negligent Entrustment, failure to Train/Direct/Supervise

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: Deputy Horne failed to secure Alex Gasca an VTF Classified Inmate In his cell Before Opening C-208 and allowing J.G.Finley out for Rec Hour. Inmate Gasca attacked J.G.Finley a Handicapped 46 yr old person. Gasca a trained fighter Boxer. Did cause Broken Jaw, multiple Concussions & knocked one tooth completely out and one was Removed at St.Vincents E.R. & ER Dr on Staff Recomended I see a dentist ASAP/StAt for other teeth to be Removed. Cpl Jones/Sgt Falasca failed to protect By placing J.G.Finley Back IN C-208 By use of Delrigation tHrough mason, cantur-Bury, Burnett, D.DunN and under Protest from J.G.Finley Stating He did Not feel safe. the Next morning young & Johnson Heated water in microwave & on Dep Horne shift w/ Sgt Falasca watching threw Boiling water on J.G.Finley while sleeping through the cuffport. J.G.Finley was Not taken to a Dentist for 90 days after the insadent. all Supervisors knew & were diliberatly indifferent

and acted ~~negligently~~ IN Retaliation to Prea filed on d. DUNN on or about July 3rd 2023. IN WHICH prea was blown off and disReguarded. ~~&~~ and mulitple Prea Essues filed agmst Inmates Josh cox, Lee counts sr Hamelton, Young, JoHNSoN that were disReguarded w/ Eurdence on CCTV. By A Monn, CPl Wilcott, & other GCDC staff (ETAl) un known At THIS time. /

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- [x] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- [x] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [x] Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

DIlIBERatE INdifference / Retaliation for filing proa aginst a deputy / Retaliation for filing Grievance for unprofessional conduct or conduct un becomming. failure to train / Direct / Supervise / Disipline Negligent HiRiNg

**Claim Number 3:**

Place(s) of occurrence: Garland county Detention ceNteR.

Date(s) of occurrence: Sept 6 2023, Sept 25-2023  10-11-23
July 1 2023   aug 3 2023   9-1-2023   July 29 2023

Name of Each Defendant Involved: Canturbury, Dunn, Burgette, H. Darlena Chaplin Green Caudwell - Sgt Gates

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Sgt Gates kept Disiplinary Appeals from Due process of Grievance, Dilliberate in difference

Full Case to Dismissle Complaints Pending to be Field by defendants
Failure to AD Hear to Due process of Grievance,
Failure aDHear to proper due process of DISiPlinary process
failure to Discipln, train, Direct, supervise,
failure to ad Hear to Professional Conduct of a deputy.

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: July 3rd - Dec 6, 2023
CHaplin at No time provided cell side services From Dop Canturbury assulted me from the Blindside & assulted me while in cuffs in front of Sgt Bargette, w/ no DISiplnary Foractions, H Dorlena failed to provide Legal postage Claiming I was not indigent But federal court allowed IFP. multiple writeups IN Retaliation from canterbury, Dunn, was charged Restitution for already tore up Items I got out of the trash. canter Bury & Dunn took personal items dentures, prescription glasses & commissary punted white clothes on a state down that were Never Replaced IN Retaliation to Drea filed on dunn. supervisors allowed me to Bo kept IN Seyqration w/out any of the mandatory Breakes at 30 day time Limits. Sgt Burgette gave me 38 days seyragation for a 20 day effence. Sept 2022 400 pound deputy Jumped on my Back I was on Kruches from Shattered tibia. was confined to a wheel chair as a Result For weeks. Got Back Physical therapy to square one.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Deliberate indifferance, failure to protect, failure to supervise, Discipline

Page 8 of 11

Classification Board kept me in Barracks with my attacker Even though court ordered No contact order Between alex Gasca & myself. multiple days keeped in same Cell C-208 while Harrassed & Delibrately tortured after multiple attacks By Inmates & expressing that I didn't feel safe. Staff Ignored proper procoedures & issued maximum sanctions every time as Retalratron. Even though I Never waived my Right to Be at my dissipinary Hearings. C. Parrish continued to write dissipinary incodent Reports friviously and in Retalratron to Grievance on Him By J.G.Smiley for unprofessional conduct. Cpl Jones Ignored Grievances about the assults by dep canterBury - there more Issues But I was denied a full print out of all disspinary Reports, Grievances, & Request forms by GCDC Staff mentral Health Staff J. waller Never saw me for Prea all Prea claims were swept under the Rug and as were all Grievances for Retalration. Illegal Price gouging on commissary allowed By sheriff Board & 100% complete ReimBurse ment to county facility for Indigent supplies Issued. Failure to produce any type of kosher training certificat or hund Hason/chaplin Green. Price gouging on media, allowed By sheriff Mccormick, captain ware, cosgrove, captin chief ElRod. many other Retaliations Brought By many Staff documents Not Given on Request By Lt mc fee Lt Amann, Sgt Gates, Lt sowell, Lt ansley. these are all I can Remember w/out Discovery.

Negligent Hiring, failure to train/Direct unlawful Retaliation for Grievances filed unlawful Retaliation for filing prea on deputy & inmates. & tolerance for prea & 0 tolerance for Retaliation & Guaranteed mental treatment, counciling

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- [x] Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- [x] Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- [x] Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

$100,000 ℠ per day for false Imprisonment, medical malpratice, Retaliation for Grievances, Retaliation for prea filed on deputy & inmates. denture Replacement, prescription Glasses Replacement EyeExam for damage to Right Eye caused by Boiling permanant disfiguration from burn by water. failure to take to dentist pain & suffering, charges brought aginst all who allowed InHumane treatment failure to provide Religious freedoms/uppliences/meals/services failure to provide current affairs/ failure to protect. failure to provide current Events/News papers/ medra presidentual pardon so I can open an audit company private/seperate from County & State corrections to ensure No one will be treated this way again.

Failure to provide food/soft food consistant w/ teeth being knocked out or attention for Hypoglycemia

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?   ☑ Yes  ☐ No

If yes, how many? ___1___

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?   ☐ Yes  ☑ No

If yes, how many? ___0___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Feb 6, 2024
Dated

Plaintiff's Signature

Jaime GlENN fInlEY
Printed Name (First, MI, Last)

023933
Prison Identification #, if any.

225 Fair Grounds RD    Mt. IDA    AR    71957
Prison Address          City        State   Zip Code

J.G. Fonley 023933
225 fair grounds RD
Moun~~t Ida~~ AR
71957

LEGAL Mail



INDIGENT

Received WD/AR

FEB -9 2024

U.S. Clerk's Office

US DISTRICT COURT
Office of the Clerk,
35 E Mountain, Room 510
Fayetteville ARK
72701

Inmate Mail