**FILED**

US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Mar 25, 2024

OFFICE OF THE CLERK

# In the United States District Court

Western District Of Arkansas

_____ Division

Jaime GLANN Finley

O|8|88/023933 / 47439

_(In the space above enter your full name and Prison ID
Number, if any.  **Do not include your Social Security Number)**._

-against-

turn Key medical, Dental,
mentral HealtH (Et Al)
J wceller mentral HealtH
stafs at Gar'land county Detention
Center(EtAL)

_(In the space above enter the full name of each Defendant)_

**Case
No.** 6:23cv6110 _____
(To be filled out by Clerk's
Office only)
AMENDED   ParT

# COMPLAINT A

_(Pro Se Prisoner)_

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Jaime Glenn finley                          Possum
Name (First, Middle, Last)                   Aliases

O|8|88 / 023933 / 47439
Prisoner ID #, if any

Saline county Detention
Place of Detention or Incarceration

735 South Neely Benton
Address (*If detained, facility address*)

Saline County  Arkansas                    72015
County, City                    State                    Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.
_____
_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    turnkey medical staff
Name (Last, First)

medical provider
Current Job Title

3564 albert pike
Current Work Address

Garland Co  Hot Springs  AR  71913
County, City                    State                    Zip Code

Defendant 2:    turn key Dental staff
Name (Last, First)

Dentral provider
Current Job Title

3564 alBert pike
Current Work Address

Garland county Hot sprmgs AR 71913
County, City          State          Zip Code

**Defendant 3:** twinkey
1)lentral HealtH provider       J. walleR
Name (Last, First)

mentral HealtH
Current Job Title

3564 al Bert pike
Current Work Address

Garland co Hotsprmgs aRk 71913
County, City          State          Zip Code

**Defendant 4:**
Name (Last, First)

Current Job Title

Current Work Address

County, City          State          Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Garland county Detention center

Date(s) of occurrence: on or about July 15 2023 — OCtoBer 15 2023

Name of Each Defendant Involved:

medical admin for turnkey medical

& nurses for turn key medical,

*State which of your federal constitutional rights (e.g., denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

Denial of medical care/ Denial of Dental care

Denial of optical care/

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

I was transported to St Vicents ER By Dep moss after failure to protect By Dep Worne & attack on Handicapped person By a Gascu on cell Block C St Vincents found a Broken Jaw & 4 teeth Knocked out/Loose & stated

| Who did what? |
|---|

| How were you injured? |
|---|

that 3 of the teeth needed Emergency attention By a trained dential Disorder. upon Return Juas not Seen, By a dintist the next day was Burned in the face & Right Eye & Neck by inmate Johnson / young & was Never taken to an Eye Doctor and was not taken to a dentist For 90 days to Have the third tooth Removed as a Result of the Damage caused By the 77 A. Gaska, the pain Escalated to Such a Sever Level I Pulled two of the teeth my self in my cell.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

m I was told policy Is the Dentist only comes once a month & they don't provide Eye exams not Given in Emergeny Situations

**Claim Number 2:**

Place(s) of occurrence:

_____

_____

_____

_____

_____

## V.     RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

$100,000.00 pain B suffering for 163 days plus perm inate dis figure ment B Loss of Light in RigHt Eye medical Neglect Diliberate IndiFFerance federal polveys to alot for the proper care of Inmates In county Jails / prisons to Have turnkeymedical audited B or Closed for all the medical malpratcire I Have endured B also Seen.

_____

_____

_____

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a          ☑ Yes    ☐ No
prisoner?

    If yes, how many?    _____

Have you brought any other lawsuits in state or federal Court **dealing with**    ☐ Yes    ☑ No
**the same facts as this case**?

    If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 18 2024
Dated                                              Plaintiff's Signature

Jame GlENiN fmlEy
Printed Name (First, MI, Last)

018188 / 023933 / 047439
Prison Identification #, if any.

735 SoUtH NeEly     Benton     AR     72015
Prison Address                City              State         Zip Code

# In the United States District Court
### Western District Of Arkansas
_____ Division

Jaome GlENN FiNleY

018188 / 023933 / 47439

_(In the space above enter your full name and Prison ID)_
_Number, if any. **Do not include your Social Security Number**)._

-against-

Garland County Detention center
Staff (et Al) & Kitchen stuff

Mike Mccormick, Joel ware, D. Donn Cpl Jones
Dep mason Sgt Gates Dep Horne Lt A. mann
Chaplin Green, H Darlena, Lt mcfee
Cparrish Deputy Barnett Lt ansley
Sgt Burgette, CPL Wilcott, Canterbury,
Sgt talasca

_(In the space above enter the full name of each Defendant)_

**Case**

No. 6:23 cv06110
(To be filled out by Clerk's
Office only)

Amended    part
**COMPLAINT** B
_(Pro Se Prisoner)_

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.

---

## I.  PLAINTIFF INFORMATION

Jaome GlENN Finley                     Possum
Name (First, Middle, Last)                   Aliases

618188 / 023933 / 47439
Prisoner ID #, if any

Saline County Detention center
Place of Detention or Incarceration

735 South Neeloy
Address (*If detained, facility address*)

Saline co    Benton    AR    72015
County, City _____ State _____ Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    Mark    mc coimrck    (Et Al)
Name (Last, First)

Sherrff of Garland county
Current Job Title

525 OucHita AvE / 3544 albert Pike
Current Work Address

Garland co   Hoy springs   AR   71413
County, City _____ State _____ Zip Code

Defendant 2:  Ware Joel (et Al)
Name (Last, First)

CAPTAIN of Detention center/Deputies
Current Job Title

3564 alBert pike
Current Work Address

Garland co      Hotsprings AR   71913/71901
County, City           State          Zip Code


Defendant 3:  CHIEF S. ELROD    (et Al)
Name (Last, First)

CHIEF OF SHeriFFs OFFice/Detentions
Current Job Title

3564 alBert pike / 525 QueHITA Ave
Current Work Address

Garland co    Hotspmys    71901/71913
County, City        State          Zip Code


Defendant 4:  CaPTAIN COS Grove  (EtAl)
Name (Last, First)

CaPTAIN OF SHeriFF's Deputies/ Detentions
Current Job Title

3564 alBert pike / 525 QueHITA Ave
Current Work Address

Garland co  AR   71901/71913
County, City        State          Zip Code

Defendunt 5. STaFF ADMIN HUNHacsthen (E)
CHEn STaFF ADMIN HUNHacsthen
ADministrator of KitcHen Food Services
3564 ulBert Pike
Garland co Hot sprngs AR 71913

Defendant 6. CHaplin Green   (E+Al)
CHaplin of Garland co Detentron center
3564 alBert Dike
Garland CO AR 71903 Hotsprings AR,

Defendant 7. D. DUNN
DePUty at GCDC
3564 alBert Dike
Garlangco Hotsprings AR 71913

Defendant 8 DePUty Horne
DePUty At GCDC
3564 alBert Dike
Garland county Hotsprings AR 71913

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of
occurrence: Garland county Detention Center

Date(s) of occurrence: On or about Sept 26 2022,
June 25 2023, July 15/23 July 16/23
July 7, 23, 7-7, 23 / 7-9-23

Name of Each Defendant Involved: DePaut Bookm/Pre Book / Dep Horne / cpl willcott
CPL Jones, Sgt falesca, D DONN, Frc mason, DepCanterBury
Dep Barnette (EtAl) un known Deputy

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

failure to protect, unprofessional conduct, Excessive force,
on Handicapped person, medical Neglect Prea Prea
Retaliation, Retaliation for Grievances, DNiberate
ENDIFference failure to sopervise/DisciPlin/ instruct.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: 400 pound deputy Jumped on my Back
and caused further Njury to Shattered tiBia,
Deputy's took Crutches, already in Sever +20
onpain scale from Being made to Hop & walk
w/out aid of crutches! Dep Horne Neglected His
Duty and protocol Let I/m Gusca + Named Fiqhter
U/F class Inmate on 6-15-23 out of His cell He
Jumped me Handcuffed 46 yrold male From Behind
was a dis +Plmary seg class, went to ER multiple
Concussions Broke Jaw 4 teeth knocked out

What happened to you?

CR Doctor said Tweeded emergency Dental attention But GCDC Staff Refused me medical/Dental care for 90 days, pain got so sour I pulled my own teeth. Next Day after expressing to multiple Deputies & Ranking Deputies I did not feel safe B was forced INCUFFS By D. Dunn, mason, Canterbury, Barnett, Back into C108

**Who did what?** where I/M Jehnson/young tempered w/ Lochon cuFFport & sprayed me w/ Boiling water while asleep. sgt falusca on duty / Dep Horn on duty

**How were you injured?** sgt falusca admitted She Saw/watched the whole Incident But did not Hing to stop it Not even a call on the Raido, CPL Jones, Lt mann, Lt sowell Noone tried to help keep me safe, D Donn abandoned Post to Presue a non Exsistant Role violation Role Book states to Be fully dress in day Room/Svb day Room wrote multiple disiplinary Reports on me for Refusing→

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Diliberate Indifferences failure to supervise/ US code 1-308 R.O.A.R. Lazy ness failure to Direct/ Disipline/unprofessional conduct. O tolerance to prea/Prea Retaliation.

**Claim Number 2:**

Place(s) of occurrence: GCDC.

His floating small suggestive language and all free flowing Grievances were found unsubstanceated and dismissed By Lt Amann and all other staff. Sgt Gates numerous times keept Grievances & appeals out of the sight/Knowledge of superiors till time Limits to appeal/were Expired. D Dunn suggestive language Body Language telling me I was AC/DC suggesting I was Bi, sexual & would swing sexually Both male & female. asking me why cant we see EXE to EYE on this"? telling me to Have a good weekend Sweet Heart" Blowing me a kiss. When confronted on Later date about the Frivolous DISIPlinary write ups He shrugged and said "they stuck didnt they." was kept IN solitary/seg For more than Lawful 30 days W/24 Hour Break BeforeNext sanction due to start. multiple times, (0 tolerance for prea from Guards, staff or INmates. Hand book states No one Has the Right to pressure you in to sexual acts.) While at GCDC you may not engage in a sexual Relationship w/ staff or Inmate you Have the Right to Be safe From sexual advances facts you will Be protected from further Harm & Retaliation If Retaliated against Report It to staff It will Be Investagated etc. etc. etc. you will Be offered mentral Health SenreeS. None of the above mentioned Rules policys or protocols were Followed. Is why all Ranking & Deputies are Listed was found Guilty w/out Even Being Brought to any DISIPlinary Hearings and all appeals were kept from Captain Hare By CPl Jones & Sgt Gates. was kept In C-108 For 8 to ten days in Same sub day Room after incidents on July 5/6 2023 Harrassed and threated PN Humane was not given medical treat ment For EXE Being Burnt was Permanutly dis Figured and Never saw Eye doctor/ all Ranking staff Knew about all incidents may not Have all Listed.

Date(s) of occurrence: 7-27-23 - 8-3-23 - 7/28/23
9-6-23 - 9-26-23  9-1-23  9/0-23

Name of Each Defendant Involved:

Dep Cantur Bury, Dep Denish, D Dunn Lt man
Sgt Burgette  Sgt gates  Lt Sowell H Darlena
Lt ansley  Chaplin  Green

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Furture to protect/ Excessive force/ denial of
Medical Care Retaliation for Grievances
Relaliation for Valid Grievances Unprofessional conduct
conduct un Becoming
Unprofessional conduct

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Dep Penrish wrote Friviolus & Relalitory Disiplinary
Incident Reports after Grievance for unprofessional
conduct were found Valid Dep cantury Bury
& D Dunn in Relalitatoion took all Personal white
clothes & Bifocals Dentures & threw all away
Intrash. Dep cantur Bury struck me in the face
from Blind side, & assulted me in front of
Sgt Burgette while incuffs, Lt mc fee
wrote Relalitatory Disiplinary Report for Disturbing
the orderly Running of a facility for trying to
Exhaust like Roles for filing 1943 State
& gave me 33 days in ADmin Seg for a
20 day max charge. Dep Sgt Saldsca & D Dunn
wrote Frivilous & Relalitatory write ups & Charged
me multiple times for things that I found in
trash & took Monatary compensation But
Never Replaced whites or glasses or dentures,
took 100% of Charged B Reimbursed county
accounts for Indigent Recieved at one time.

What happened to you?

Who did what?

How were you injured?

only (services for the messianic group) The Judge, only
Radio/services from the county or Media for indigent,
for any other Religion/Non Religious / No messianic services for
members of the messianic community. No kosher commissary
No kosher Training/for kosher preparation of meals/ No proper
certifications proving kosher training/ No cell side services
like promised on the ~~side~~ Admin seg Form. Or policy states
Cell side services will Be made available NONE Not chaplin
Green or any other chaplins were allowed to come to my
Cell in 153 days from July 3rd 2023 to Dec 6/2023 for any
Religious services) chaplin Green only does services for
female cell Blocks Never for men.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Retaliation for Valid grievances / Deliberate Indifferance / failure to Direct / Disciplin/ Instruct / ~~that~~ they were only cause I got Valid Grievonce 23-08-004 for failure to protect, Harressment, inhumane treatment Etc, E+C, C+C,

**Claim Number 3:**

Place(s) of occurrence:  G.C.D.C.

Date(s) of occurrence: on or about multiple dates & occurances From June 26-2023

Name of Each Defendant Involved: Dec62023  7-27-23  8/3/23  7/28/23  9-10-23  9-6-23  9-26-23  9-1-23

Dep Canturbury, Dep Derrisit  D Dunn
L+ A man,  Sgt  Burgette, Sgt Gates  Lt Sowell
Hund Hausen, (Et Al) Kitchen staff

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Deliberate Indifference / conditions of confindment / Retaliation inter fearing w/ due process / Restricting access to Law Lib & Legal mail Resources, freedom of press speeach / freedom to pratice Religion / prea Retaliation Retaliation for grievances / conduct unbecoming / unprofessional conduct

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Was Not allowed mandatory 24 Hour Break
> Between Disiplinary sanctions, No Newspapers
> No televisron and Not provrded w/adaquate
> tıme or access to Keiosh/tablet whıle
> INHumanly Keept IN cell w/out adaquate day
> tıme LıgHts oN. Refused RecReatıon
> multıple tımes, access to pHone was
> only allowed after pHones were turned oFF
> assulted ın front of INmate daldy By cantur Bury
> ~~Twr~~ assulted ın front oF sgt Burgette & two
> otHer deputıes wHıle ın cuFFs By cantur Bury.
> Faılure to prouıde Kosher meals /commıssary Lıst
> appliences /Servıces consıstant w/ messıanıc
> tRadıtıon & Reglıgous oBservances NoNe oFtHe
> Relıgıous Feasts or any Relıgıous Holıdays
> were allowed to Be oBserved No dıversıtyIN
> So called Kosher meal wHıcH was a Lıst oFINgreıd~~unts~~
> NoT any type oFmeal.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

---

***If you are asserting an official capacity claim,*** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

> faılure to drrect /superuıse/ Dılıberate ındıfferance
> Faılure to drsıplıne/ ınconsıstant ENforcement oF
> Rules & polıcıes/

Failure to provide messianic Jewish Bible for 60 to 90 days would not purchase any more for other inmates

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Replace personal property & Dentures/Bifocals make mandatory Kosher classes for Kitchen staff IN correctional Kitchens & to obtain certifications. For Kosher tramony. $35,000.00 a day for mential anguish, Pain & suffering Harrassment, Retaliation prea Retaliation, presidential pardon to be able to start an audit company for the conditions and treatment abuse of inmates to curcomvent it & prevent it mandatory code of professional conduct be written for deputies police & Law enforcement to have to adhear to or be fired. any punitive punishment the court deems appropriate.

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?    ☑ Yes    ☐ No

If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

marcH   19 2024
Dated                                             Plaintiff's Signature

JamE GlEN N  fvnlEy
Printed Name (First, MI, Last)

018186 / 023433 / 041439
Prison Identification #, if any.

735   SOutH   Neely   Benton   AR   72015
Prison Address                        City                        State    Zip Code

# In the United States District Court

Western District Of Arkansas

_____ Division

Jaime GLENN Fnley

018188 / 023933 / 47434

*(In the space above enter your full name and Prison ID*
*Number, if any.* **Do not include your Social Security Number)***.*

-against-

Hot Springs police Department
(Et Al) ossier W smoth
B. RosBury

*(In the space above enter the full name of each Defendant)*

**Case**

No. 6:23 cv 06110

(To be filled out by Clerk's
Office only)

Amanded Part

**COMPLAINT** C

(*Pro Se* Prisoner)

Jury Demand?

☑ Yes

☐ No

---

## NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Jaime GlENN finley                               Possum

Name (First, Middle, Last)                        Aliases

018188 / 023933 / 47434

Prisoner ID #, if any

Saline County Detention Center.

Place of Detention or Incarceration

735 SoutH Neeley

Address (*If detained, facility address*)

Saline county   Benton   AR        72015

County, City                 State              Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   W. smotH #168   ETAl   Hot sprnys P.D.

Name (Last, First)

Hot sprmgs   police officer

Current Job Title

641 malvern Auc

Current Work Address

Garlund co. Hotsprngs AR 71901

County, City                 State              Zip Code

Defendant 2:    RosBurg B # 366 (ETAL) HSPD
Name (Last, First)

Police officer At HSPD
Current Job Title

6LI malvern
Current Work Address

GARland co Hotsprings AR 71901
County, City                State                Zip Code


Defendant 3:    _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State                Zip Code


Defendant 4:    _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State                Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:    Garland county / Hotsprings city streets

Date(s) of occurrence:  onor aBoot  6-25-2023

Name of Each Defendant Involved:

OSC W. Smith #168 ¢ B. RosBurg #110 (Ct Al)

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Excessive force on a Hands cupped Person, 4 Amendment ILLegal SearcH ¢ Setzure  ILLegal Incarceration, RoBery By Officer, Violation of comunity care taker criteria oF Exigent circumstances.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:  Was oct of gas aBoot 2200/2300 parked Legally on city street ¢ Iwas waitingon Levi Taylor for assistance. Itold officers W. Smith ¢ B. RosBurg plus at Least 3 more officers from HSPD. I DiD NOT Need tHeir assistance and tHey continued to Harrass me 30-45 mmutes and did ILLegally BreacH tHe door of Vecheal w/out awarrent. I IDentifiedAs Handicapped a OfC said BollsHit ¢ Jerkedme

What happened to you?

(cell phone+ it that there out of my
cell phone took it + the phone B syrinye out of my hands } slammed
the phone into the windshield and dash area shattering the
screen.)

out of the truck slammed me up against the side
of the truck took about 600.00 in cash out
of my pocket. All Repugant to the community
care taker criteria of Cady V Dom Browski (1979)
of Exigent circumstances) } US.King (10th cir 1993)
(413 US 433,441) (990 S.2d 1552 1560) which completly
Divorces an OFC in a stranded Handicapped motorist
situation from the Detection, investigation or acquisition
of Evidence Relating to the violation of a
Criminal statute. indeed police OFC's are not only permitted
to But expected to Exercise what the supreme court
Has termed comunity care taking functions)
Was incarcurated for about 160 days as a result of Incident,
added Physical Injury
to, eg that was
shattered!

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

_If you are asserting an official capacity claim,_ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Hotsprings police officers are aBove the law
} can do what ever they want to w/out
punishment, ofc's use specific false testamony
+Nwrighting INcodent Report to take advantage of
poor Handicapped people to keep money coming in }
Jail at capasity. Bad thaming, unprofessional conduct
Lack of INtegrity

**Claim Number 2:**

Place(s) of occurrence:      Garland County Detention Ctr

mental to Phiscical emotional trama, our store was forced
to close due to the theift of Rent money during arrest. mental
anguish soffering finacially caused to Family & children.

On or about

Date(s) of occurrence: September 20 2022

Name of Each Defendant Involved:

Unknown ofc Employed By Hot springs Police Dept.

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Excessive force, failure to provide medical aid Nessesary For Handicapped person.

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> What happened to you?

> Who did what?

> How were you injured?

Officer after arrest For misdameanor warrent forced J.G. Emley to Hop on one Leg from Sally port to pre Book in area Instead of calling for a wheel chair or Letting me Have Brutch or medical aid Left Crutch on srde of Road where I was arrested carpenter dam Rd. Later medical furnished wheel Chair cause of Shuttered tiBial plateau was in extream pain cause forced to try to walk or move w/ out medical aid

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Diliberate Indifferance / Failure to ad Hear to Cady vDombrowski Comunity Care taker criteria. Was Stranded in Hot Springs when I Lived on 14024 N Polk RD aleXander ark 72002 Handicapped & was Not suposed to Be walking w/out aid.

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

_____
_____
_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☐ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*
*If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

35,000.00 a day for Illegal Incarceration
Pain & Suffering mental anguish & causing
family to suffer and do without. What
ever punitive damages the court would
See fits the crimes. Better screening
process when hiring ppl on to Law
Enforcement. audit system to audit
and ensure each arrest is legal & Lawfully
made

_____
_____
_____
_____
_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?    ☑ Yes    ☐ No

If yes, how many?    _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____

## VII.  PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

marcH 18 2024
Dated                                   Plaintiff's Signature

Janne GlENN SmlEy
Printed Name (First, MI, Last)

018188 / 023933 / 47434
Prison Identification #, if any.

735 SoutH Neeley    Benton         AR      72015
Prison Address              City              State    Zip Code

JG Sonley 018188
735 S Neeley
Benton AR 72005 .

LEGAl mail





U.S. DISTRICT Coort
Office of THE CLERk
30 S. 6TH STREET Room C038
fort Smith, ARK 72901-2437