# In the United States District Court

Western District Of Arkansas
_____ Division

Jaime GLENN Finley

O18188/023933 147439

_(In the space above enter your full name and Prison ID_
_Number, if any. **Do not include your Social Security Number**)._

-against-

twin Key medical, Dentral,
mentral HealtH (Et Al)
J weller mentral HealtH
stafs at Gor'land county Deten Hon
Center(EtAL)

_(In the space above enter the full name of each Defendant)_

**Case**

No. 6:23cv6110 _____

(To be filled out by Clerk's
Office only)

AMENDED  _ParT_

**COMPLAINT** A

_(Pro Se Prisoner)_

Jury Demand?

☒ Yes

☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Jaime Glenn finley

Name (First, Middle, Last)

Possum

Aliases

O18188/023933147439

Prisoner ID #, if any

Saine county Deten tron

Place of Detention or Incarceration

735 South Neeley Benton

Address (*If detained, facility address*)

Salme County Arkansas          72015

County, City                    State          Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____

_____

___

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    turnKey medical staFF

Name (Last, First)

medical provider

Current Job Title

3564 alBert pike

Current Work Address

Garland co Hot Springs AR 71913

County, City          State          Zip Code

Defendant 2:    turn Key Dental staFF

Name (Last, First)

Dentral provider
Current Job Title

3564 alBert pike
Current Work Address

Garland county Hot Springs AR 71913
County, City                    State                    Zip Code

Defendant 3:    twinkey
Mental HealtH provider    J. walleR
Name (Last, First)

mentral HealtH
Current Job Title

3564 al Bert pike
Current Work Address

Garland co Hotsprings aRk 71913
County, City                    State                    Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                    State                    Zip Code

## IV.    STATEMENT OF CLAIMS

State *every* ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.**

**Claim Number 1:**

Place(s) of occurrence:

Garland county Detention Center

Date(s) of occurrence: on or about July 15 2023 — October 15 2023

Name of Each Defendant Involved:

medical admin for turnkey medical & nurses for turn key medical,

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Denial of medical care / Denial of Dential care Denral of optical care/

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> What happened to you?

was transported to st vincents ER by Dep moss after failure to protect by Dep Horne & attack on Handicapped person By a Gasca on cell Block C st vincents found a broken Jaw & 4 teeth knocked out/Loose & stated

that 3 ofthe teeth needed Emergency attention By a Trained dental Provider. upon Return, I was not seen By a dintist the next day was Burned in the face & Right Eye & Neck by inmate Johnson/Young & was Never taken to an EYC Doctor and was not taken to a dentist for 90 days to Have the Third tooth Removed as a Result of the Damage caused By the 77 A. Gaska, the pain Escalated to such a sever Level I pulled two ofthe teeth myself in my Cell.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- [ ] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- [ ] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [✓] Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

~~in~~ m I was told policy Is the Dentist only comes once a month & they dont Provide Eye exams not Given in Emergency Situations

**Claim Number 2:**

Place(s) of occurrence:

_____
_____
_____
_____
_____
_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

$100,000.00 pain & suffering for 163
days plus perm nate dis figure ment
& Loss of Light in Right Eye medical
Neglect Diliberate Indifferance federal
polreys to alot for the proper care of
Inmates In county Jails/prisons to
Have turnkey medical audited & or
Closed for all the medical malpratccc
I Have endured & also seen.

_____
_____
_____

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?                                                                   ☑ Yes      ☐ No

      If yes, how many?   _____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?                                        ☐ Yes      ☑ No

      If yes, how many?   _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 18 2024
Dated                                        Plaintiff's Signature

Jarme GlENiN Finley
Printed Name (First, MI, Last)

018188 / 023933 / 047439
Prison Identification #, if any.

735 South Neely     Benton     AR     72015
Prison Address          City          State    Zip Code

Page **11** of **11**

JG Sonley 0181 88
735 S Neeley
Benton AR 72015 .

LEGAl mail?



FIRST-CLASS     US POSTAGE PITNEY BO
INDIGRIP
00012631 87    MAR 20 2

U.S. DISTRIct Court
Office of tHeClERk
30 S. 6TH STREEt  Room C038
fort Smitth, ARK 7 290l- 24 37