IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAIME GLENN FINLEY (also known as Possum)                                                        PLAINTIFF

v.                                  Case No. 6:23-cv-06110

TURNKEY MEDICAL STAFF (Medical Provider); J WALLER (Turnkey Mental Health Provider); TURNKEY MEDICAL DENTAL STAFF (Dental Provider)                                                       DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Comstock recommends that Plaintiff's claims against Defendant Waller be dismissed without prejudice and Defendant Waller be terminated as a defendant in this case. Judge Comstock further recommends that Plaintiff's claims concerning denial of medical, dental, and optical care remain for review.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Plaintiff's claims against Defendant Waller are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims concerning denial of medical, dental, and optical care shall remain for review.

**IT IS SO ORDERED**, this 23rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge