IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMIE GLENN FINLEY (a/k/a Possum)                                    PLAINTIFF

v.                              Case No. 6:23-cv-06110

TURNKEY MEDICAL STAFF;
TURNKEY MEDICAL DENTAL STAFF;
and TURNKEY HEALTH CLINICS LLC                                       DEFENDANTS

**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed January 30, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Plaintiff's Revised Fourth Amended Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders, and failure to prosecute this case.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 47) *in toto*. Accordingly, the Court finds that Plaintiff's Revised Fourth Amended Complaint (ECF No. 30) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders, and for failure to prosecute this case.

**IT IS SO ORDERED**, this 6th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge